HARRINGTON v. HARRIS McBURNEY COMPANY. Appeal from Jackson, John C. Dalton, J. Submitted Division 2, September 5, 1971, at Lansing. (Docket No. 10858.) Decided October 28, 1971.

*Glassen, Parr, Rhead & McLean,* for plaintiffs.

*Carl L. Reagh,* for defendant.

Before: QUINN, P. J., and DANHOF and TARGONSKI, JJ.

MEMORANDUM OPINION. Defendant appeals from verdict and judgment in favor of plaintiffs claiming error in the trial court's refusal to give a requested instruction.

Review of the record discloses no evidence to support the requested instruction. *Hendershot* v. *Kelly* (1968), 11 Mich App 173.

Affirmed.